UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RIA GUERRA,

          Plaintiff,

v.

EXXONMOBIL PIPELINE COMPANY
and KELLY SERVICES, INC.,

          Defendants.

Case No. 4:09-cv-40186-FDS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned, the attorney of record for plaintiff Ria Guerra and the attorneys of record for defendant Kelly Services, Inc., that all claims against defendant Kelly Services, Inc. in the above-entitled action be dismissed with prejudice, without costs or attorneys' fees to either party, and waiving all rights of appeal.

Dated: ~~January~~ 3/15, 2010

| RIA GUERRA, | KELLY SERVICES, INC., |
|---|---|
| By her attorneys, | By its Attorneys, |
| /s/ John W. Davis | /s/ Laura M. Raisty |
| John W. Davis, BBO #648399 | Jaclyn L. Kugell, BBO # 561622 |
| DAVIS & DAVIS, P.C. | Laura M. Raisty, BBO # 640400 |
| 77 Franklin Street, 3d Floor | MORGAN, BROWN & JOY, LLP |
| Boston, MA 02110 | 200 State Street |
| (617) 338-5770 | Boston, MA 02109 |
| | (617) 523-6666 |
| | jkugell@morganbrown.com |
| | lraisty@morganbrown.com |